UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GLENN FORD** | **5:12CV 00350 SEC P** |
|      **PETITIONER** | |
| **VERSUS** | **JUDGE FOOTE** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HORNSBY** |
|      **RESPONDENT** | |

**WITHDRAWAL OF OPPOSITION TO
MOTION FOR STAY AND ABEYANCE**

Now into court, through the undersigned assistant district attorney, comes the State of Louisiana, and moves to withdraw the requested Opposition in the above-captioned matter.

After researching the case law on the standards for granting a stay and abeyance in a habeas corpus action, the State concludes that petitioner is entitled to same.

WHEREFORE, the State of Louisiana requests that the Court permit the State to withdraw its Opposition and vacate the date for briefing that Opposition, as reflected in the Court's order of November 20, 2013.

1

Respectfully submitted,

*s/Catherine M. Estopinal*
CATHERINE M. ESTOPINAL
LA. BAR ROLL NO. 05380
ASSISTANT DISTRICT ATTORNEY
501 CADDO PARISH COURTHOUSE
SHREVEPORT, LOUISIANA  71101
(318) 429-7618
kestopinal@caddoda.com

C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the foregoing Opposition been mailed to counsel for petitioner, Gary Clements and D. Aaron Novod, 1340 Poydras Street, Suite 1700, New Orleans, LA 70112 , this 2nd day of December, 2013.

*s/Catherine M. Estopinal*
CATHERINE M. ESTOPINAL